**No. 54498.**—American Cyanamid Co. and C. J. Tower & Sons *v.* United States, protests 138192–K and 144608–K (Buffalo).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.